AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

| | |
|---|---|
| Aquatic Arts, LLC<br>an Indiana company<br><br>*Plaintiff(s)*<br>v.<br>Imperial Tropicals, Inc.<br>a Florida Corporation<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:16cv2401 35 AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Imperial Tropicals, Inc.
c/o Mr. Donald R. Drawdy, registered agent
2720 Grimes Road
Lakeland, Florida 33805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeffrey T. Breloski (jbreloski@ATLawip.com)
ATLawip LLC
2065 Compton Way
Johns Creek, Georgia 30022
678.667.3491

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 2 2 2016

*Signature of Clerk or Deputy Clerk*